**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Alrose Patchogue, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0171546 |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 200 East End Avenue, Ste. 12P<br>New York, NY 10128 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Alrose Patchogue, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

| Debtor | Alrose Patchogue, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

    Contact name

    Phone

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Alrose Patchogue, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 14, 2024
                MM / DD / YYYY

**X** /s/  Penny Hart
Signature of authorized representative of debtor

Penny Hart
Printed name

Title    Manager

**18. Signature of attorney**

**X** /s/ Dawn Kirby
Signature of attorney for debtor

Date    May 14, 2024
        MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone    (914) 401-9500        Email address    dkirby@kacllp.com

2733004 NY
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name ___Alrose Patchogue, LLC___

United States Bankruptcy Court for the:  ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 14, 2024___      **X** /s/   Penny Hart
                                    Signature of individual signing on behalf of debtor

                                    Penny Hart
                                    Printed name

                                    Manager
                                    Position or relationship to debtor

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alrose Patchogue, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B&G Contracting 111 Roosevelt Avenue, Suite B Mineola, NY 11501 | | Trade debt | | | | $2,820.00 |
| Elite Paving PO Box 414 Islip, NY 11751 | | Trade debt | Unliquidated | | | $13,500.00 |
| Gould Patchogue, LLC 60 Cutter Mill Road, Suite 303 Great Neck, NY 11021 | | May 2024 Rent | | | | $144,169.80 |
| Help Cesspool and Sewer LLC 1432 Wantagh Avenue Wantagh, NY 11793 | | Pending Litigation | | | | $2,824.24 |
| Toby Cornell c/o Cannon Cochran Management Services, Inc. 550 W Van Buren Street, Suite 1200 Chicago, IL 60607-1609 | | Tort Claim | Contingent Unliquidated Disputed | | | $0.00 |
| US Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | | | Contingent Unliquidated | Unknown | $0.00 | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Alrose Patchogue, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $    10,000,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    5,901.97

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    10,005,901.97

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    5,000,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    163,314.04

4. **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b     $    5,163,314.04

| Fill in this information to identify the case: |
|---|

Debtor name    Alrose Patchogue, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 8987 | $5,901.97 |
| 3.2. | Flagstar Bank (formerly Signature Bank) | Checking | 9884 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $5,901.97

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | Alrose Patchogue, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 = .... | Unknown |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 = .... | Unknown |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$0.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Alrose Patchogue, LLC _____    Case number *(If known)* _____
       Name

| 55.1. | Ground Lease of:<br>351-441 North Service<br>Road, Patchogue, NY<br>11772 | Fee Simple | $0.00 | | $10,000,000.00 |
|---|---|---|---|---|---|

**56.**   **Total of Part 9.**                                                        $10,000,000.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☒ No.   Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.   Go to Part 12.
  ☒ Yes Fill in the information below.

                                                       **Current value of
debtor's interest**

**71.**   **Notes receivable**
       Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit
has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
       Potential claims that are under investigation against Allan
Rosenberg, entities owned by him and third parties that
received funds for his benefit                           Unknown

**78.**   **Total of Part 11.**                                                    $0.00

       Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    Alrose Patchogue, LLC_____    Case number *(If known)* _____
Name

☒ No
☐ Yes

Debtor     Alrose Patchogue, LLC _____     Case number *(If known)* _____
         Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,901.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $10,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,901.97 | + 91b. $10,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,005,901.97 |

**Fill in this information to identify the case:**

Debtor name ___Alrose Patchogue, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

### 2.1  Rialto Capital Advisors, LLC

Creditor's Name

as services for Blackstone
200 S. Biscayne Blvd, Suite 3550
Miami, FL 33131

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/23/2022

**Last 4 digits of account number**
0563

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Ground Lease of: 351-441 North Service Road, Patchogue, NY 11772

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: $5,000,000.00
Column B: $10,000,000.00

### 2.2  Signature Bank

Creditor's Name

68 South Service Road
Melville, NY 11747

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Predecessor in interest to Rialto Capital Advisors LLC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Column A: $0.00
Column B: $0.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Alrose Patchogue, LLC | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

---

| 2.3 | US Small Business Administration | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

**Creditor's Name**

2 North Street, Suite 320
Birmingham, AL 35203

**Creditor's mailing address**

**Describe the lien**
Potential EIDL Loan by former Manager. UCC-1 filed 11/28/2022

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,000,000.00 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|-------------------------------------------------------------|-------------------------------------------------|
| US Small Business Administration
Office of General Counsel - NY District Office
Attn: Jeffrey H. Schervone, Esq., Attorney Advisor
26 Federal Plaza, Suite 3100
New York, NY 10278 | Line  2.3 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Alrose Patchogue, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,820.00 |
|---|---|---|---|
| | B&G Contracting<br>111 Roosevelt Avenue, Suite B<br>Mineola, NY 11501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,500.00 |
|---|---|---|---|
| | Elite Paving<br>PO Box 414<br>Islip, NY 11751 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144,169.80 |
|---|---|---|---|
| | Gould Patchogue, LLC<br>60 Cutter Mill Road, Suite 303<br>Great Neck, NY 11021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _May 2024 Rent_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,824.24 |
|---|---|---|---|
| | Help Cesspool and Sewer LLC<br>1432 Wantagh Avenue<br>Wantagh, NY 11793 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Pending Litigation_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | PSEG<br>80 Park Place<br>Newark, NJ 07102 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utilities_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Alrose Patchogue, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Toby Cornell
c/o Cannon Cochran Management Services, Inc.
550 W Van Buren Street, Suite 1200
Chicago, IL 60607-1609

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** DOL: 1/14/2024

**Basis for the claim:** Tort Claim

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No   ☒ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Harry Block, Esq.<br>250 Park Avenue, Floor 7<br>New York, NY 10177 | Line  3.4<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 163,314.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 163,314.04 |

---

**Fill in this information to identify the case:**

Debtor name     Alrose Patchogue, LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 1,080 square foot commercial unit located at: 361 Sunrise Highway, Patchogue NY 11772 | |
| | State the term remaining | | 351 Sunrise Hwy Patchogue 11772, Inc. d/b/a T-Mobile T-Mobile US Inc. One Park Avenue, 14th Floor Attn: John Tarlelon New York, NY 10016 |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately _____ square foot commercial space located at: 367 Sunrise Highway, Patchogue NY 11772 | |
| | State the term remaining | | Aldi Inc. (New York) 295 Rye Street Attn: Director of Real Estate South Windsor, CT 06074 |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 3,271 square foot free-standing building located at: 441 Sunrise Highway, Patchogue NY 11772 | |
| | State the term remaining | | Blinds to Go (U.S.) Inc. 3510 St. Joseph Boulevard East Montreal, Quebec H1X IW6 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Alrose Patchogue, LLC                                                    Case number (if known) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Fire Alarm Monitoring | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Budd-Morgan Central Station Alarm Co. PO Box 878 Bellmore, NY 11710 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 2,912 square foot commercial space located at: 367 N Service Road, Patchogue NY 11772 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Chipotle Mexican Grill of Colorado, LLC 1401 Wynkoop Street, Suite 500 Denver, CO 80202 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 4,000 square foot  unit located at: 367 Sunrise Highway, Patchogue NY 11772 | |
|---|---|---|---|
| | State the term remaining | | Doherty Breads Long Island, LLC c/b/a Panera Bread c/o Niles, Barton & Wilmer LLP 111 S Calvert Street, Suite 1400 |
| | List the contract number of any government contract | | Baltimore, MD 21202 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Waverly Plaza Shopping Center (Over-landlord) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gould Patchogue LLC 60 Cutter Mill Road, Suite 303 Great Neck, NY 11021 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 98,00 square foot retail unit located at: 425 Sunrise Highway, Patchogue NY 11772 | |
|---|---|---|---|
| | State the term remaining | | Pep Boys - Manny, Moe & Jack of Delaware Attn: Senior Counsel 3111 West Allegheny Avenue |
| | List the contract number of any government contract | | Philadelphia, PA 19132 |

Debtor 1    Alrose Patchogue, LLC                                                                      Case number *(if known)* _____

        First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 15,550 square foot unit located at: 401 Sunrise Highway, Patchogue NY 11772 |
| State the term remaining | Petco Animal Supplies, Inc. c/o Property Manager 9125 Rehco Road San Diego, CA 92121-2270 |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 12,450 square foot commercial unit located at: 397 N Service Road, Patchogue NY 11772 |
| State the term remaining | Rite Aid/Genovese Drug Stores, Inc. 80 Marcus Drive Melville, NY 11747 |
| List the contract number of any government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | Snow Removal Services for the 2023-2024 Snow Season |
| State the term remaining | 11/1/2023-4/30/2024 |
| List the contract number of any government contract | Snow XNY PO Box 414 Islip, NY 11751 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease of approximately 1,848 square foot free-standing building located at: 371 N. Service Road, Patchogue NY 11772 |
| State the term remaining | Starbucks Corporation Attn: Property Management Department Starbucks Store #13631 2401 Utah Avenue South, Suite 800 Seattle, WA 98134 |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Alrose Patchogue, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

Commercial Sublease of approximately 3,120 square foot commercial unit located at: 351 Sunrise Highway N Service Road, Patchogue NY 11772

State the term remaining

List the contract number of any government contract

Visionary Properties, Inc.(Vision Works)
175 E. Houston Street
San Antonio, TX 78205

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

Commercial Sublease of approximately 3,271 square foot free-standing building located at: 361 Sunrise Highway, Patchogue NY 11772

State the term remaining

List the contract number of any government contract

Webster Bank
FKA - Astoria Federal Savings Bank
One Astoria Bank Plaza
New Hyde Park, NY 11042

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

Commercial Sublease of approximately 7,872 square foot premises located at Waverly Plaza, 405 Sunrise Highway, Patchogue NY 11772

State the term remaining

List the contract number of any government contract

West Marine Products, Inc.
Attn: Real Estate Department
500 Westridge Drive
Watsonville, CA 95076

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor name | Alrose Patchogue, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.16 | Allen Rosenberg | 91 Woodmere Blvd S.<br>Woodmere, NY 11598 | Rialto Capital<br>Advisors, LLC | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Alrose Patchogue, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $1,000,000.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $3,046,327.46 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $639,440.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Alrose Patchogue, LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Dagny Management Group | 10/24/2023 $16,013.42; 11/3/2023 $7,723.98; 12/1/2023 $15,447.96; 12/29/2023 $7,723.98; 1/5/2024 $68.88; 2/1/2024 $7,723.98; 3/1/2024 $7,723.98; 4/1/2024 $7,723.98; 5/1/2024 $7,723.98 | $77,874.14 | Management Fees |
| 4.2.  Penny Hart 200 East End Ave, Apt. 12P New York, NY 10128 Managing Member | 10/21/2023 $100.00; 12/16/2023 $2,000; 1/22/2024 $2,000; 2/9/2024 $20,000; 3/6/2024 $75,879.75; 3/14/2024 $30,371.00; 3/28/2024 $21.67; 4/22/2024 $4,372.75 | $134,745.17 | Loan Repayments |
| 4.3.  Alrose 32 LLC | 2/14/2024 $70,308.00 | $70,308.00 | Check Deposited in Wrong Account |
| 4.4.  Shemon Singer 5318 New Utrecht Avenue Brooklyn, NY 11219 | 2/9/2024 $20,000; 3/6/2024 $50,000; 3/14/2024 $30,371.00; 4/22/2024 $4,372.75 | $104,743.75 | Loan Repayments |
| 4.5.  Allen Rosenberg 91 Woodmere Blvd S Woodmere, NY 11598 Former Member | | Unknown | |
| 4.6.  Allen Rosenberg, entities owned by him a third party beneficiaries who received funds for his benefit | Under investigation | Unknown | |

| Debtor | Alrose Patchogue, LLC | Case number *(if known)* | |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Help Cesspool and Sewer LLC v. Alrose Patchogue LLC<br>602718/24 | Collection | Supreme Court of the State of New York<br>County of Nassau | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Alrose Patchogue, LLC | Case number *(if known)* | |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | | $10,000 paid by Penny Hart (Manager) on 3/26/2024 and $25,000 paid by the Debtor on 5/6/2024 | $35,000.00 |
| | Email or website address<br>www.kacllp.com | | | |
| | Who made the payment, if not debtor?<br>Penny Hart ($10,000) | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 30 East 38th Street<br>New York, NY 10016 | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor ___Alrose Patchogue, LLC_____     Case number *(if known)* _____

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Signature Bank | **XXXX-** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    Alrose Patchogue, LLC _____    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| T-Mobile | | Security Deposit | $11,000.00 |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Rosen Kuslansky, CPA, P.C. 7 Penn Plaza, Suite 1700 New York, NY 10001 | Terminated 2023 |

---

Debtor    Alrose Patchogue, LLC                                    Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    PKF O'Connor Davies<br>Larry Maietta<br>500 Mamaroneck Ave<br>Harrison, NY 10528 | 2023 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address | |
|---|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Penny Hart | 200 East End Ave, Apt 12P<br>New York, NY 10128 | Manager, Member | 19.40% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Allen Rosenberg | 91 Woodmere Blvd S.<br>Woodmere, NY 11598 | Former Manager, Member | 43.44% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Glass | 799 Broadway<br>New York, NY 10003 | Member | 5.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul and Judy Czeladnicki | 29 Clipper Drive<br>Northport, NY 11768 | Member | 11.81% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul and Neila Plesser | 155 Noye Lane<br>Woodmere, NY 11598 | Member | 4.10% |

Debtor    Alrose Patchogue, LLC    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shemon Singer | 5318 New Utrecht Avenue Brooklyn, NY 11219 | Member | 16.0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Allen Rosenberg | 91 Woodmere Blvd South Woodmere, NY 11598 | 43.44% | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Allen Rosenberg | potential funds transferred to Allen Rosenberg entities owned by him and/or to third party for his benefit | unknown | |

| | Relationship to debtor | | | |
|---|---|---|---|---|
| | Former Manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Alrose Patchogue, LLC                                                    Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 14, 2024

/s/   Penny Hart                                              Penny Hart
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

**United States Bankruptcy Court**
**Southern District of New York**

In re   Alrose Patchogue, LLC _____   Case No. _____
                              Debtor(s)                  Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Allen Rosenberg<br>91 Woodmere Blvd S.<br>Woodmere, NY 11598 | | | 43.44% |
| Andrew Glass<br>799 Broadway<br>New York, NY 10003 | | | 5.25% |
| Paul and Judy Czeladnicki<br>29 Clipper Drive<br>Northport, NY 11768 | | | 11.81% |
| Paul and Neila Plesser<br>155 Noye Lane<br>Woodmere, NY 11598 | | | 4.10% |
| Penny Hart<br>200 East End Ave, Apt. 12P<br>New York, NY 10128 | | | 19.40% |
| Shemon Singer<br>5318 New Utrecht Avenue<br>Brooklyn, NY 11219 | | | 16.0% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 14, 2024 _____   Signature   /s/ Penny Hart _____
                                                           Penny Hart

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   Alrose Patchogue, LLC                        Case No. _____
                              Debtor(s)            Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ...................................................... $ _____

Prior to the filing of this statement I have received ...................................... $ _____

Balance Due ...................................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $      35,000.00

The undersigned shall bill against the retainer at an hourly rate of................................ $      575.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☐ Debtor      ☒ Other (specify):     $10,000 by Penny Hart (Manager) and $25,000 by Debtor

3. The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
         a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
         b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
         c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
         d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
         e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
         f. To advise the Debtor in connection with any potential sale of the business.
         g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
         h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
         i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtors estate and to promote the best interests of the Debtor, its creditors and it

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

In re    Alrose Patchogue, LLC                         Case No. _____

                      Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 14, 2024
*Date*

/s/ Dawn Kirby
Dawn Kirby
*Signature of Attorney*
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500   Fax:
dkirby@kacllp.com
*Name of law firm*

### United States Bankruptcy Court
#### Southern District of New York

In re    Alrose Patchogue, LLC _____

_____    Case No. _____

Debtor(s)    Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.


Date:    May 14, 2024 _____    /s/  Penny Hart _____

Penny Hart/Manager

Signer/Title

```
351 Sunrise Hwy Patchogue 11772, Inc.
Attn: John Tarlelon
d/b/a T-Mobile T-Mobile US Inc. One Park
New York, NY 10016


Aldi Inc. (New York)
Attn: Director of Real Estate
295 Rye Street
South Windsor, CT 06074


Allen Rosenberg
91 Woodmere Blvd S.
Woodmere, NY 11598


Allen Rosenberg
3 Station Plaza
Woodmere, NY 11598


Allen Rosenberg
Attn: Thomas Butler, Esq.
c/o White and Williams LLP 7 Times Squar
New York, NY 10036-6524


B&G Contracting
111 Roosevelt Avenue, Suite B
Mineola, NY 11501


Blinds to Go (U.S.) Inc.
3510 St. Joseph Boulevard East
Montreal, Quebec H1X IW6


Budd-Morgan Central Station Alarm Co.
PO Box 878
Bellmore, NY 11710


Chipotle Mexican Grill of Colorado, LLC
1401 Wynkoop Street, Suite 500
Denver, CO 80202


Doherty Breads Long Island, LLC
c/b/a Panera Bread
c/o Niles, Barton & Wilmer LLP 111 S Cal
Baltimore, MD 21202


Elite Paving
PO Box 414
Islip, NY 11751


Gould Patchogue LLC
60 Cutter Mill Road, Suite 303
Great Neck, NY 11021


Gould Patchogue, LLC
60 Cutter Mill Road, Suite 303
Great Neck, NY 11021
```

Harry Block, Esq.
250 Park Avenue, Floor 7
New York, NY 10177


Help Cesspool and Sewer LLC
1432 Wantagh Avenue
Wantagh, NY 11793


Pep Boys - Manny, Moe & Jack of Delaware
Attn: Senior Counsel
3111 West Allegheny Avenue
Philadelphia, PA 19132


Petco Animal Supplies, Inc.
c/o Property Manager 9125 Rehco Road
San Diego, CA 92121-2270


PSEG
80 Park Place
Newark, NJ 07102


Rialto Capital Advisors, LLC
as services for Blackstone
200 S. Biscayne Blvd, Suite 3550
Miami, FL 33131


Rite Aid/Genovese Drug Stores, Inc.
80 Marcus Drive
Melville, NY 11747


SIG CRE 2023 Venture LLC
c/o Holland & Knight LLP
31 West 52nd Street
New York, NY 10019


Signature Bank
68 South Service Road
Melville, NY 11747


Snow XNY
PO Box 414
Islip, NY 11751


Starbucks Corporation
Attn: Property Management Department
Starbucks Store #13631 2401 Utah Avenue
Seattle, WA 98134


Toby Cornell
c/o Cannon Cochran Management Services,
550 W Van Buren Street, Suite 1200
Chicago, IL 60607-1609


US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

US Small Business Administration
Attn: Jeffrey H. Schervone, Esq., Attorn
Office of General Counsel - NY District
New York, NY 10278


Visionary Properties, Inc.(Vision Works)
175 E. Houston Street
San Antonio, TX 78205


Webster Bank
FKA - Astoria Federal Savings Bank
One Astoria Bank Plaza
New Hyde Park, NY 11042


West Marine Products, Inc.
Attn: Real Estate Department
500 Westridge Drive
Watsonville, CA 95076

# United States Bankruptcy Court
## Southern District of New York

In re    Alrose Patchogue, LLC

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Alrose Patchogue, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 14, 2024

Date

/s/ Dawn Kirby

Dawn Kirby
Signature of Attorney or Litigant
Counsel for    Alrose Patchogue, LLC
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500  Fax:
dkirby@kacllp.com